Reynaldo Lafayette JELKS, Appellant

v.

The STATE of Texas.

No. PD–0381–13.

Court of Criminal Appeals of Texas.

April 16, 2014.

Angela L. Cameron, Harris County Public Defender's Office, Houston, TX, for Appellant.

Bridget Holloway, Assistant District Attorney, Houston, Lisa C. McMinn, State's Attorney, Austin, TX, for The State.

### OPINION

PER CURIAM.

Appellant was convicted of failure to comply with sex offender registration and sentenced to 5 years in prison. On appeal, he argued that the evidence was insufficient to support the $275 in court costs assessed against him in the judgment. The Court of Appeals agreed, relying on its opinion in *Johnson v. State*, 389 S.W.3d 513 (Tex.App.–Houston [14th Dist.] 2012). *Jelks v. State*, 397 S.W.3d 759 (Tex.App.–Houston [14th Dist.] 2013).

The State has filed a petition for discretionary review of this decision. We recently handed down our opinion in *John-son v. State*, 423 S.W.3d 385 (Tex.Crim.App.2014), in which we set forth a roadmap for resolving questions regarding court costs. *See also Cardenas v. State*, 423 S.W.3d 396 (Tex.Crim.App.2014).

The Court of Appeals in the instant case did not have the benefit of our opinion in *Johnson*. Accordingly, we grant the State's petition for discretionary review, vacate the judgment of the Court of Appeals, and remand this case to the Court of Appeals in light of our opinion in *Johnson*. No motion for rehearing will be entertained.